923 A.2d 1097

IN THE MATTER OF SAMUEL A. MALAT,
AN ATTORNEY AT LAW.

June 6, 2007.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 06–301, recommending that **SAMUEL A. MALAT** of **SOMERDALE**, who was admitted to the bar of this State in 1989, and who has been suspended from the practice of law since April 7, 2003, by Orders of the Court filed on March 12, 2003, September 8, 2003, and June 22, 2006, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.5(b) (failure to communicate in writing to a client not regularly represented the basis or rate of fee), *RPC* 1.15(a) (failure to safeguard client funds and

knowing misappropriation of client funds), *RPC* 5.3(a),(b), and (c) (failure to supervise and violation of responsibilities regarding non-lawyer assistants), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and the principles in *In re Wilson*, 81 *N.J.* 451, 409 *A.*2d 1153 (1979);

And **SAMUEL A. MALAT** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **SAMUEL A. MALAT** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **SAMUEL A. MALAT** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **SAMUEL A. MALAT** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.